UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIGAIL SHAUGHNESSY, individually and on behalf of all others similarly situated<br><br>-v-<br><br>NESPRESSO USA, INC.<br><br>Plaintiff,<br><br>Defendant. | Case No. 1:22-cv-06815<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nespresso USA, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Defendant Nespresso USA, Inc. states that it is a wholly owned corporate subsidiary of Nestlé Holdings, Inc., which is itself a wholly owned corporate subsidiary of NIMCO US, Inc., which is itself a wholly owned corporate subsidiary of Nestlé US Holdco, Inc., which is itself a wholly owned corporate subsidiary of Société des Produits Nestlé S.A., which it itself a wholly owned subsidiary of Nestlé S.A., a publicly traded Swiss corporation, the shares of which are traded in the United States in the form of American Depository Receipts. No publicly held corporation currently owns 10% or more of the stock of Nestlé S.A.

Date: August 24, 2022

Signature of Attorney

Attorney Bar Code: AL-2461