# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NY 10019**  
www.bursor.com

JULIAN C. DIAMOND  
Tel: **646.837.7011**  
Fax: **212.989.9163**  
jdiamond@bursor.com

October 21, 2022

<u>*Via ECF*</u>

Hon. Naomi Reice Buchwald  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *Shaughnessy v. Nespresso USA, Inc., No. 1:22-cv-06815*: <u>Plaintiff's Proposed Amended Complaint Timeline</u>

Dear Judge Buchwald:

Plaintiff submits this letter pursuant to the Court's letter dated October 20, 2022 (Docket No. 18). Plaintiff proposes that she file an amended complaint on or before November 11, 2022.

Very truly yours,

Julian C. Diamond

CC: All counsel of record (via ECF)