**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                            (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

December 9, 2022

Julian Cole Diamond
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

Adam Samuel Lurie
Linklaters, LLP
601 13th St. NW
Washington, DC 20005

**RE: Shaughnessy et al. v. Nespresso USA, Inc.,
22-cv-6815**

Dear Counsel:

Having reviewed the parties' pre-motion letters, dated November 25, 2022 and November 28, 2022, the Court has determined that defendant may bring its motion to dismiss and motion to strike plaintiffs' class allegations without the necessity of a pre-motion conference. Defendant should file a single memorandum addressing both motions, not exceeding thirty (30) pages.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendant's motions to the filing of its reply. If the parties cannot agree on a briefing schedule, the Court will set a schedule.

Very truly yours,

*/s/ Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge