**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ABIGAIL SHAUGHNESSY, ADITYA PATHAK, AND
KATHERINE ALEGRE, individually and on behalf of all
other similarly situated,

                      Plaintiffs,

      -against-                                      22 **CIVIL** 6815 (NRB)

                                                                         **<u>JUDGMENT</u>**

NESPRESSO USA, INC.,

                      Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 15, 2023, Defendant's motion to dismiss is GRANTED and its motion to strike is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       September 15, 2023

                                                                         **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                            **BY:**

                                                                         **Deputy Clerk**